CENTER FOR DISABILITY ACCESS
MARK POTTER, ESQ., SBN 166317
BREE DURSO, ESQ., SBN 307198
MAIL: 100 PINE ST., STE. 1250
SAN FRANCISCO, CA 94111
(858) 375-7385; (888) 422-5191 FAX
BREED@POTTERHANDY.COM
ATTORNEYS FOR PLAINTIFF

UNITED STATES DISTRICT COURT
Central District DISTRICT OF CALIFORNIA

**Orlando Garcia**,
Plaintiff,
v.
**Rujal, LLC;;** and Does 1-10,
Defendants.

**Case:** 2:21-cv-03746-VAP-SHK

**Plaintiff's Notice of Voluntary Dismissal Without Prejudice**

**Fed. R. Civ. P. 41(a)(1)(A)(i)**

**PLEASE TAKE NOTICE** that Plaintiff Orlando Garcia, hereby voluntarily dismisses the above captioned action without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

The above mentioned defendants have neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed without an Order of the Court.

Dated: January 24, 2023

CENTER FOR DISABILITY ACCESS

By: */s/Bree Durso*
Bree Durso, Esq.
Attorney for Plaintiff